UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:  
Holden II, Perry

        Debtor.

_____/

Case No. 23-01335  
Chapter 13  
Filed: June 9, 2023  
Hon. James W. Boyd

## DEBTOR'S MOTION FOR FIRST POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

NOW COMES Perry Holden II (hereafter "Debtor") by and through his attorneys, CBH Attorneys & Counselors, PLLC, and hereby respectfully requests, pursuant to 11 USC § 1329, that his Chapter 13 Plan be amended as follows:

### FACTUAL BACKGROUND

On October 25, 2023, Debtor filed a First Pre-Confirmation Amendment to his Chapter 13 Plan [DN 34] which included an incorrect attorney fee balance of $2,000.00 under section III A. of the Chapter 13 Plan. Included in this amendment, Debtor is correcting the amount of the attorney fee balance to $2,500.00 to be disbursed by the Chapter 13 Plan in the rank, order and priority of the Chapter 13 Plan.

### PLAN AMENDMENTS

**III. DISBURSEMENTS**

**A. ADMINISTRATIVE CLAIMS.** The Debtor(s) shall pay in full, in deferred cash payments, all allowed claims entitled to priority under 11 U.S.C. § 507, including:

1. Court filing fee.

2. Trustee fee.

3. Attorney fees exclusive of costs and expenses: An initial fee of $3,500.00 less fees paid of $1,000.00 , leaving a fee balance in the amount of $2,500.00 to be disbursed by the Trustee pursuant to the priorities set forth in paragraph IV.H of the Plan, unless otherwise marked below:

a. ( ) Attorney fees shall be paid at the rate of $ per month until paid in full pursuant to Paragraph IV.H of the Plan.

b. (X) Attorney fees shall be paid after all necessary equal monthly payments on secured continuing claims, secured claims, assumed executory contract/unexpired lease claims which is a modification of Paragraph IV.H.

**The remaining Plan provisions shall remain unchanged.**

      WHEREFORE, the Debtor respectfully requests that the Court enter an Order approving this First Post Confirmation Amendment to Chapter 13Plan.


DATE:   10/31/2023                    By: */s/ Perry Holden II*
                                                       Perry Holden II, Debtor


DATE:   11/1/2023                     By:*/s/ April A. Hulst*
                                                       April A. Hulst  (P71459)
                                                       Attorney for the Debtor
                                                       CBH Attorneys & Counselors, PLLC.
                                                       25 Division Avenue S., Suite 500
                                                       Grand Rapids, MI 49503
                                                       Phone: (616) 608-3061